# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

|  |  |  |
|---|---|---|
| **JEFFREY SCOTT SUTTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No.   **3:19-CV-117-PLR-HBG** |
| **v.** | ) | |
| | ) | |
| **RUSTY   LONZA,   SOUTHERN HEALTH PARTNERS, CLAIBORNE COUNTY, STEVE ELLIS, and MARK ELLIS,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the pending motions for summary judgment [Docs. 35 and 40] are **DENIED as moot**.  Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
CLERK OF COURT